In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

## CRIMINAL MINUTES

**Date:**   February 18, 2015  **Time:**  2 minutes

**Court Reporter:**  Katherine Sullivan

**Case No. and Name:**  CR-15-00048CRB  USA v  Patrick Lagmay-Reimer, Jesus Patino Gamez

**Attorneys:  (P)** Rita Lin  **(D)** Geoffrey Hansen, Jennifer Schwartz

**USPO:**

**Deputy Clerk:** Barbara Espinoza

### PROCEEDINGS:

Status Conference

### SUMMARY:

Matter continued with time excluded from 2/18/2015 to 3/18/2015 for effective preparation of counsel.

Status Conference set for March 18, 2015 at 2:00 pm

**(X ) Defendants remanded to custody.**