In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:** March 18, 2015                                      **Time:** 2 minutes

**Court Reporter:** Debra Pas

**Case No. and Name:** CR-15-0048CRB    USA v  Patrick Lagmay-Reimer (Present)
Jesus Patino Gamez (Present but not in courtroom)

**Attorneys:** **(P)** Rita Lin          **(D)** Charles Woodson, Jennifer Schwartz

**USPO:**

**Deputy Clerk:** Barbara Espinoza

**PROCEEDINGS:**

Status Conference

**SUMMARY:**

Matter continued with time excluded from 3/18/2015 to 4/2/2015 for effective preparation of counsel.

Status conference set for 4/2/2015 at 2:00 pm.

**(X )** Defendants remanded to the custody of the United States Marshal