1  **CHARLES J.S. WOODSON** (CSBN 258791)
   Law Office of Charles Woodson
2  717 Washington Street
   Oakland, California 94607
3  Tel. (415) 244-5213
   Fax. (510) 228-0444
4  cwoodson@cjswlaw.com

5

   Counsel for
6  **PATRICK LAGMAY REIMER**

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | **UNITED STATES OF AMERICA**, | Case No. 15-cr-48-CRB |
12 | Plaintiff, | ORDER PERMITTING DEFENDANT TO HAVE IN HIS POSSESSION AT THE GLENN DYER FACILITY AN MP3 PLAYER FOR THE PURPOSE OF REVIEWING AUDIO DISCOVERY |
13 | v. | |
14 | **PATRICK LAGMAY REIMER**, | |
15 | Defendant. | |

16

17       TO:    UNITED STATES MARSHALL SERVICE AND THE ALAMEDA COUNTY

18              SHERIFF, GLENN DYER FACILITY

19       You are hereby directed to permit defendant PATRICK LAGMAY RIEMER, to have, in his

20 possession (or, in the alternative, allow PATRICK LAGMAY RIEMER reasonable access to) an

21 MP3 player provided by his attorney for the purpose of reviewing audio discovery in his case.

22       The MP3 player shall be the type that cannot, in any way be connected to the internet or to

23 any phone line; the sole purpose for which the item is to be used is to enable Mr. Lagmay Riemer

24 to compete his review of the discovery in this case and to enable Mr. Lagmay Riemer to assist

25 counsel prepare his defense through review of the audio discovery.

26       This order relates to property provided by his attorney for Mr. Lagmay Riemer's use - an

27 MP3 player. Should the jail confiscate the property provided (MP3 player) for any reason, it should

28 be held by the Sheriff until an agent from the Law Office of Charles Woodson can pick up the

[PROPOSED] ORDER ALLOWING DEFENDANT OBJECTS TO ASSIST IN DISCOVERY REVIEW, Case No. 15CR48-CRB

1  property at the jail. The jail shall not dispose of the property without first notifying counsel for Mr.
2  Lagmay Riemer, Charles J.S. Woodson, at 415-244-5213.

4  IT IS HEREBY ORDERED.

6  Dated: "O ctej "49."4237

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER ALLOWING DEFENDANT OBJECTS TO ASSIST IN DISCOVERY
REVIEW, Case No. 15CR48-CRB            2