In the United States District Court For

the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:**   April 2, 2015                                              **Time:**  1 minute

                                                                               **Court Reporter:**  Katherine Sullivan

**Case No. and Name:**   CR-15-00048 -CRB-1 USA v. Patrick Lagmay-Reimer (present; in custody)
                                           CR-15-00048-CRB-2  USA v. Jesus Patino Gamez (present; in custody)

**Attorneys:**  **(P)** Rita Lin                        **(D)** Charles Woodson for Defendant Lagmay-Reimer
                                                                  Jennifer Schwartz for Defendant Patino Gamez

**Deputy Clerk:**  Melinda K. Lozenski

**PROCEEDINGS:**

Status Conference - held.

**SUMMARY:**

Matter is continued to 5/6/2015 at 2:00 p.m. for a further Status Conference. Time is excluded from 4/2/2015 to 5/6/2015 for effective preparation of counsel.

**(X) Defendants remanded to custody.**