**CHARLES J.S. WOODSON**, CSBN: 258791
Law Office of Charles J.S. Woodson
717 Washington Street
Oakland, CA 94607
Tel. (415) 244-5213
Fax. (510) 288-0444
cwoodson@cjswlaw.com

Attorney for Defendant
**PATRICK LAGMAY REIMER**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **PATRICK LAGMAY REIMER**, <br><br> Defendant. | Case No.: CR-15-48 CRB <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA TO MAY 14, 2015** |

The above-captioned matter is set on May 6, 2015 before this Court for a change of plea. Due to the scheduling change, 2:00 p.m. to 10:00 a.m., filed on May 4, 2015 in this matter, Counsel for the defendant now has a scheduling conflict. Counsel for the defendant is scheduled to be in Alameda County Superior Court for 4 criminal matters at 9:00 a.m.

Counsel for the defendant contacted the Assistant U.S. Attorney in this case and the parties agreed to continue the matter to May 14, 2015. The Parties, therefore, request that this Court continue the May 6, 2015 hearing to May 14, 2015 at 2:00 p.m.

Time shall be excluded under the Speedy Trial Act pursuant to Title 18 United States Code § 3161(h)(7)(B)(iv) necessary for the effective preparation of defense counsel taking into account the exercise of due diligence and for continuity of counsel.

Stipulated Request and [PROPOSED] Order to Continue Hearing Date; Case No.: CR14-48 CRB

1

2  Dated: May 5, 2015                                         /S/
                                                      CHARLES J.S. WOODSON
3                                                     Attorney for Defendant
                                                      PATRICK LAGMAY REIMER
4

5

6  Dated: May 5, 2015                                         /S/
                                                      RITA LIN
7                                                     Assistant United States Attorney

8

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

10  Dated: _____
                                                      Hon. Judge Charles R. Breyer
11                                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Request and [PROPOSED] Order to Continue Hearing Date; Case No.: CR14-48 CRB